

**MAIL**

**MAIL EXPRESS®**

FLAT
ONE RATE

To schedule...
sc...

VISIT U...
ORDER F...

PS1...

OD: 12 1/2 x 9 1/2

UNITED STATES
POSTAL SERVICE.

*Retail*

**E**

US POSTAGE PAID
**$33.25**

Origin: 03431
03/25/26
3243200431-57

## PRIORITY MAIL EXPRESS®

RANDY COLLIER                     0 Lb  4.80 Oz
26 JOSLIN RD
SURRY NH 03431-8206               **RDC 07**

SCHEDULED DELIVERY DAY: 03/27/26 06:00 PM

C011

SHIP
TO:



US DISTRIC COURT
DISTRICT OF NEW HAMPSHIRE
RM 110
55 PLEASANT ST
CONCORD NH 03301-3941

**USPS TRACKING® #**

9570 1133 6037 6084 3452 18

---



**UNITED STATES POSTAL SERVICE** ® | **PRIORITY**® MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:** Collier
26 Joslin Rd
Surry, NH
03431

**TO:**
US District Court
District of New Hampshire
55 Pleasant street
Room 110
Concord NH 03301

Label 228, December 2023        FOR DOMESTIC AND INTERNATIONAL USE

## GUARANTEED ▪ TRACKED ▪ INSURED

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.

★ MAIL ★   ★ MAIL ★   ★ MAIL ★

VISIT US AT USPS.COM®
Label 106A, Jan 2015

**UNITED STATES POSTAL SERVICE**®

# PRIORITY MAIL EXPRESS®

## FOR DOMESTIC AND INTERNATIONAL USE
## PLACE MAILING LABEL HERE

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

- Guaranteed delivery date.*
- Guaranteed delivery time.‡
- USPS Tracking® service included for domestic and many international destinations.
- Pick up available.
- Domestic shipments include $100 of insurance (restrictions apply).**
- Signature included upon request.

\* Money Back Guarantee to U.S., select APO/FPO/DPO and select International destinations.
See DMM and IMM at *pe.usps.com* for complete details.

\*\* Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com.*

‡ Money Back Guarantee for U.S. destinations only.

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.



PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2


PAPER POUCH
how2recycle.info

  
**UNITED STATES POSTAL SERVICE**®

This package is made from post-consumer waste. **Please recycle - again.**

This product is for use in sending Priority Mail Express® shipments.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® and is provided solely for use in sending Priority Mail Express®. This package is not for resale. EP13F © U.S. Postal Service; October 2023. Misuses may be a violation of federal law.