FILED - USDC -NH
2026 APR 10 PM 1:13

# NEW HAMPSHIRE

# DISTRICT COURT

## 1:26-cv-00226-SM-TSM

April 9th, 2026

Randall Collier
26 Joslin Rd
Surry, NH
03431
603 803 2648

**I, Randall Collier Motion this NEW HAMPSHIRE DISTRICT COURT to issue an immediate Injunction and Protective Order against all STATE OF NEW HAMPSHIRE Actors / Agents / Law Enforcement / Circuit Court Referees / Executive Administrators until further notice.**

I filed a Notice of Removal of my State of New Hampshire cases to this NH District Court. I had a previously scheduled second Show Cause Hearing in the 8th Circuit Executive Branch Expedited Administrative Process Equity Court a few days later.

At no time on April 4th 2026, during the hearing did the presiding referee / janitor introduce himself. He wore no name tag, and had no name tag on the bench in front of him. I had a clear unobstructed view, standing up in front of his raised bench. The apparent bald headed middle aged fellow then proceeded to call HIllary May vs Randall Collier. At which point I glanced around the room and HIllary May was not present in the court room. The DHHS agency workers that work for the Executive Branch were sitting at the prosecutors table. This janitor or fake judge fellow made it very clear he read my Notice of Removal. He wanted to schedule a hearing 60 days from that day, to be set for June 4th 2026.

On April 8th 2026 I received a Show Cause Order from The 8th Circuit Court Executive Branch Tribunal, using Judicial Branch Letterheads. This Order is dated April 03, 2026
This Order contains another empty child support contract (7th copy to date) where neither party signed, and a Show Cause Notice of Hearing, which is only signed by Clerk Kilham.
Not only did the presiding janitor acknowledge he read my Removal Notice, He did not sign the Show Cause Hearing Document / Order, and failed to get the Required NH RSA 493 A1a signature by a Justice of the assigned court. This letter demands I be present for this hearing on June 4th 2026 or they will issue a Capias for my arrest.

I have no idea what the janitor's name is that presided over my hearing or issued this Show Cause Order.

I Demand an Immediate Injunction and Protective Order against all STATE OF NEW HAMPSHIRE Agents / Employees. This blatant disregard for the Notice of Removal proves more maladministration by the STATE OF NEW HAMPSHIRE COURTS.

The Child Support Agent did call me prior to the hearing on April 4th, 2026 . Justine Guay told me that her agents notified the NH DMV to revoke my driving privileges months ago.
It is very clear on page 10 number 29 of my Notice of Removal, Congress did not delegate powers for contempt to the Legislative Court, or to any Executive Branch Agencies.

I need my private property, consumer goods automobile for full time care of my elderly father. I asked the NH DOT for the NH RSA 382 A 9-109 Exempt sticker via email and Jennifer Bailey responded in a written letter and mailed via US Mail. Her letter noted she would not issue me an Exempt sticker, and I should follow NH State Statutes / laws.
However I was quoting  "Shall issue" and NH Chief Grimes in 108 NH, 386

I will not be attending any more UNCONSTITUTIONAL Equity Statutory (not common law or US Constitutional protections) Executive Branch Expedited Administrative processes from the circuit court orders for a Show Cause Hearing. The janitor clearly stated to me that he read my Notice of Removal and then decided **NOT** to sign the Show Cause Order or get the proper justices signature as required, per NH RSA 493 A1a.

NH SUPREME COURT failed to answer either set of Brief questions 2025-0423 and 2026-0122 regarding government restrictions. I am an American National, see NH Bill of Rights and NH Constitution Art. 38, statutes are for the government.
This proves HR 38 investigation into NH Supreme Court for Maladministration by the NH House of Representatives will be needed, welcomed and well deserved.

  Whereas, I Respectfully Request this NEW HAMPSHIRE DISTRICT COURT to issue an immediate Injunction and Protective Order for Randall Collier and against all STATE OF NEW HAMPSHIRE Actors / Agents / Employees /  Sheriffs / NH State Police /  NH Fish n Game Wildlife / Marine Patrol Corporate Employees until further notice.

I certify that the opposing party will get a copy via E File.

UCC 1-308
Under duress, coercion, and threat of arrest
Randall Collier

Randall Collier
26 Joslin Rd
Surry, NH
03431