**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

RANDALL COLLIER

        v.                                   Case No. 26-cv-226-SM-TSM

STATE OF NEW HAMPSHIRE[1]

## ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT

Plaintiff, Randall Collier, initiated this case by filing a removal notice (Doc. Nos. 1, 1-1). He did not name defendants to his federal claims; rather, he listed the state courts, attorneys, and other participants in his state court cases as parties or entities that would receive notice of his removal documents. His decision not to structure his claims here in the form of a civil complaint naming specific defendants and the ambiguity of his proceeding here as a plaintiff complicates this court's ability to subject his initial pleadings to preliminary review under LR 4.3(d) and 28 U.S.C. § 1915(e)(2).

Accordingly, this court hereby grants Collier thirty days from the date of this Order to file an "Amended Complaint" (not a removal notice), naming each party he intends to sue as a defendant, if any, and stating the facts upon which he seeks relief as well as the nature of the relief sought. This court may subject that Amended Complaint to preliminary review, as appropriate, considering all the bases for dismissal allowed under 28 U.S.C. § 1915(e), LR 4.3(d), and other authorities. If Collier fails to file an Amended Complaint and does not file a timely motion to

---

[1] The last page of Collier's "Notice of Removal" lists entities and people who appear to be participants in his state cases including the courts themselves. Those listed are: the N.H. Circuit Court, 4th Circuit, Family Division-Laconia; N.H. Circuit Court, 8th Circuit, Family Division-Keene and District Division-Keene; N.H. Superior Court, Cheshire County; New Hampshire Supreme Court ("NHSC"); Hillary May; Tarbell and Brodich P.A.; Attorney Duncan A. Edgar, N.H. Attorney General's Office; Attorney Dennis J. Thiverge, N.H. State Police; Attorney Kimberly A. Kossick, Cheshire County Attorney's Office; and Attorney Thomas M. Rogers. It is unclear whether Collier intends to name any of those people and entities as defendants here.

extend the thirty-day deadline, this court may deem his failure to do so as grounds for dismissal of

his claims, without prejudice to his ability to litigate matters in any court with jurisdiction.

SO ORDERED.

Talesha L. Saint-Marc
United States Magistrate Judge

April 23, 2026

cc:    Randall Collier, pro se