UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Randall Collier

    v.

Case No. 26-cv-226-SM

NH, State of

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated April 23, 2026, for the reasons set forth therein. The referenced state cases are remanded as recommended. The motion for preliminary injunction is denied.

**So Ordered.**

Steven J. McAuliffe
United States District Judge

Date: April 30, 2026

cc:  Randall Collier, pro se