FILED - USDC -NH
2026 MAY 13 PM 3:00

Randall Collier
26 Joslin Rd
Surry, New Hampshire 03431
Phone: (603) 803-3648
Email: 042611t@gmail.com
*Sui Juris, Pro Se, All Rights Reserved*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

RANDALL COLLIER,                          **Case No. 1:26-cv-00226-SM-TSM**
    Plaintiff-Appellant,
v.
STATE OF NEW HAMPSHIRE, ET AL.,
    Defendants-Appellees.

### NOTICE OF APPEAL
*Pursuant to Fed. R. App. P. 3 and 4*
*28 U.S.C. § 1291*

**1.** Notice is hereby given that Plaintiff Randall Collier, Sui Juris, Pro Se, All Rights Reserved, hereby appeals to the United States Court of Appeals for the First Circuit from the following orders entered in the above-captioned action:

**2.** The Order of the Honorable Steven J. McAuliffe, United States District Judge, dated April 30, 2026, approving the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated April 23, 2026, remanding the referenced state cases, and denying Plaintiff's Motion for Preliminary Injunction (Doc. No. 7);

3. The Order of the Honorable Steven J. McAuliffe, United States District Judge, dated May 12, 2026, denying Plaintiff's Motion for Reconsideration filed pursuant to Fed. R. Civ. P. 59(e) and 60(b) (Doc. No. 11);

4. And all underlying and interlocutory orders, rulings, and decisions that merged into or led to the above-referenced orders.

5. This appeal is taken pursuant to 28 U.S.C. § 1291, which grants the courts of appeals jurisdiction over appeals from all final decisions of the district courts. The denial of the Motion for Reconsideration on May 12, 2026, constitutes a final decision for purposes of appellate jurisdiction.

6. This Notice of Appeal is timely filed within the 30-day period prescribed by Fed. R. App. P. 4(a)(1)(A). The order denying the Motion for Reconsideration was entered on May 12, 2026. This Notice is filed on May 13th, 2026.

7. The issues Plaintiff-Appellant intends to raise on appeal include, but are not limited to:

(a) Whether the District Court failed to conduct de novo review as mandated by 28 U.S.C. § 636(b)(1)(C) when it adopted the R&R in a one-paragraph order without addressing any of Plaintiff's five specific objections;

(b) Whether the District Court erred in denying the preliminary injunction without conducting any Winter v. NRDC analysis and without citing a single case, statute, or legal authority;

(c) Whether the District Court erred in denying the Motion for Reconsideration without addressing any of the grounds raised, including Monell liability, the federal debarment framework under Executive Order 12549, the legislative record admissions, and the distinction from Collier v. Carroll, No. 24-1657 (1st Cir. 2024);

(d) Whether Rooker-Feldman and Younger abstention were misapplied to Plaintiff's independent structural constitutional challenge to the Title IV-D administrative adjudication scheme, in light of Axon Enterprise, Inc. v. FTC, 598 U.S. 175 (2023), and Skinner v. Switzer, 562 U.S. 521 (2011);

(e) Whether the Title IV-D administrative adjudication scheme, as operated through the New Hampshire Family Division, violates the Due Process Clause of the Fourteenth Amendment, the Seventh Amendment right to jury trial, and Article III separation of powers principles, under SEC v. Jarkesy, 603 U.S. 109 (2024), and Loper Bright Enterprises v. Raimondo, 144 S. Ct. 2244 (2024);

(f) Whether the District Court's repeated failure to provide any legal reasoning or analysis in its orders deprived Plaintiff of due process and meaningful appellate review;

(g) Such other issues as may become apparent upon review of the complete record on appeal.

**8.** Plaintiff-Appellant notes that his Amended Complaint, filed April 27, 2026, remains pending before the District Court and has not been screened on the merits. This appeal pertains to the orders identified in paragraphs 2 and 3 above and does not divest the District Court of jurisdiction over the pending Amended Complaint.

**9.** Plaintiff-Appellant is proceeding pro se and in forma pauperis. Plaintiff respectfully requests that the filing fee be waived or that leave to proceed in forma pauperis on appeal be granted pursuant to Fed. R. App. P. 24(a).

Respectfully submitted,

RANDALL COLLIER    DATE: May 13th, 2026
Randall Collier
*Sui Juris, Pro Se, All Rights Reserved*
26 Joslin Rd
Surry, New Hampshire 03431
Phone: (603) 803-3648
Email: 042611t@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a true and correct copy of the foregoing NOTICE OF APPEAL was served Under Fed. R. App. P. 3(d), to the clerk of NH District Court, and upon the Clerk of the United States Court of Appeals for the First Circuit. Notice to agent is notice to principal. Notice to principal is notice to agent.

**CLERK, U.S. COURT OF APPEALS FOR THE FIRST CIRCUIT**
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

**CLERK, U.S. DISTRICT COURT, DISTRICT OF NEW HAMPSHIRE**
55 Pleasant Street
Concord, NH 03301