UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Randall Collier

      v.                                              No. 26-cv-226-SM

NH, State of


CLERK'S CERTIFICATE TO
CIRCUIT COURT OF APPEALS

    I,Lianne Wagner, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the record on appeal to the First Circuit Court of Appeals:

    DOCUMENTS NUMBERED: 5, 10, 5/12/26 Endorsed Order, 14, 15 & 16

    The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.


                        IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, May 14, 2026

**Tracy Uhrin, Clerk**

**By: /s/ Lianne Wagner, Deputy Clerk**

**May 14, 2026**


cc:  Randall Collier, pro se