# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW HAMPSHIRE

RANDALL COLLIER,

   *Plaintiff,*

   v.

STATE OF NEW HAMPSHIRE, ET AL.,

   *Defendants.*

**Case No. 1:26-cv-00226-SM-TSM**

# REQUEST FOR ENTRY OF DEFAULT

## AGAINST MULTIPLE NON-RESPONDING DEFENDANTS

*Pursuant to Fed. R. Civ. P. 55(a)*

TO THE CLERK OF COURT:

1. Plaintiff Randall Collier, appearing Sui Juris, Pro Se, respectfully requests that the Clerk of Court enter default pursuant to Federal Rule of Civil Procedure 55(a) against the following Defendants, each of whom was properly served with the Amended Complaint, and none of whom has filed an answer, motion to dismiss, or

any other responsive pleading within the time prescribed by the Federal Rules of Civil Procedure.

2. On April 27, 2026, Plaintiff filed his Amended Complaint in the above-captioned action asserting six counts: (I) Deprivation of Due Process under 42 U.S.C. § 1983; (II) Deprivation of Seventh Amendment Right to Jury Trial; (III) Deprivation of First Amendment Right to Petition; (IV) Conspiracy under 42 U.S.C. § 1985(3); (V) RICO under 18 U.S.C. § 1962; and (VI) Structural Challenge to the Title IV-D Scheme.

3. Each Defendant listed below was served by certified mail, return receipt requested, with proof of service documented by USPS tracking confirmation and/or signed certified mail return receipts (green cards). No Defendant listed below has filed any response. Plaintiff verified through the Court's PACER docket on July 27, 2026, that no filings of any kind have been made by or on behalf of any Defendant listed below.

4. No Defendant listed below is an infant, an incompetent person, or in the military service of the United States, and none is otherwise exempted from default under the Servicemembers Civil Relief Act, 50 U.S.C. §§ 3901–3959.

## I. DEFENDANTS IN DEFAULT — 21-DAY DEADLINE (Fed. R. Civ. P. 12(a)(1)(A)(i))

5. The following Defendants were served in their individual capacities and failed to respond within twenty-one (21) days:

(a) Referee Ryan — Served May 6, 2026, at 33 Winter Street, Keene, NH 03431. Signed by Molly (Keene District Court). Deadline: May 27, 2026. FIFTY-NINE (59) DAYS PAST DEADLINE. Proof: Certified mail return receipt (green card).

(b) Anne Edwards, Superior Court Executive Administrator — Served May 6, 2026, at 12 Court Street, Keene, NH 03431. Signed by agent (Bridgewood). Deadline: May 27, 2026. FIFTY-NINE (59) DAYS PAST DEADLINE. Proof: Certified mail return receipt (green card).

(c) Referee Michael Garner — Served May 7, 2026, at 26 Academy Street, Laconia, NH 03246. Signed by Robert Maxshell. Deadline: May 28, 2026. FIFTY-EIGHT (58) DAYS PAST DEADLINE. Proof: Certified mail return receipt (green card).

(d) Referee Gordon — Served May 7, 2026, at 26 Academy Street, Laconia, NH 03246. Signed by agent. Deadline: May 28, 2026. FIFTY-EIGHT (58) DAYS PAST DEADLINE. Proof: Certified mail return receipt (green card).

(e) Referee Laura Lombardi — Served May 7, 2026, at 26 Academy Street, Laconia, NH 03246. Signed by agent. Deadline: May 28, 2026. FIFTY-EIGHT (58) DAYS PAST DEADLINE. Proof: Certified mail return receipt (green card).

(f) Referee James Carroll — Served May 8, 2026, at 26 Academy Street, Laconia, NH 03246. Signed by Mike S. Deadline: May 29, 2026. FIFTY-SEVEN (57) DAYS PAST DEADLINE. Proof: Certified mail return receipt (green card).

(g) Todd Shanks, Cheshire County Sheriff — Served May 14, 2026, at 12 Court Street, Keene, NH 03431. Signed by Conor Brown (addressee). Deadline: June 4, 2026. FIFTY-ONE (51) DAYS PAST DEADLINE. Proof: Certified mail return receipt (green card).

## II. DEFENDANTS IN DEFAULT — 60-DAY DEADLINE (Fed. R. Civ. P. 12(a)(2)/(3))

6. The following Defendants are state agencies or officials served in their official capacities and failed to respond within sixty (60) days:

(h) Duncan Edgar, New Hampshire Attorney General — First served April 3, 2026, at 1 Granite Place, Concord, NH 03301. Signed by R. Ames (NH DOJ). Deadline: June 2, 2026. FIFTY-THREE (53) DAYS PAST DEADLINE. Additionally served April 8, 2026 (S. Hutton) and May

7, 2026 (A. Combs). Three separate mailings, three confirmed deliveries, zero responses. Proof: Three certified mail return receipts (green cards).

(i) Bureau of Child Support Services (BCSS) / NH DHHS — First served May 4, 2026, at 111 Key Road, Keene, NH 03431. Signed by Nicole Forgess. Deadline: July 3, 2026. TWENTY-TWO (22) DAYS PAST DEADLINE. Additionally served May 6, 2026 (Raquel Rodrigues). BCSS is a named defendant who directed the DMV suspension of Plaintiff's license without notice or hearing, leading to Plaintiff's May 29 arrest. BCSS sent Plaintiff three sealed letters (postmarked May 13, approximately May 21, and May 22, 2026) during the pendency of this action but filed no response to the federal complaint. Proof: Two certified mail return receipts (green cards) and three sealed, unopened BCSS letters preserved as evidence.

## III. PLAINTIFF'S INCARCERATION

7. Plaintiff was unable to file this Request for Entry of Default earlier because he was arrested on May 29, 2026, and held on a no-bond hold at the Cheshire County House of Corrections for fifty-five (55) days, from May 29 through approximately July 23, 2026. During this period, Plaintiff was denied access to CM/ECF, legal documents, and mail. The jail's own Denied Mail Form documents the obstruction

of Plaintiff's legal mail. These defaults accrued while Plaintiff was incarcerated and unable to access the Court's filing system. Plaintiff files this Request at the earliest opportunity following his release.

## IV. EXHIBIT LIST

8. The following exhibits are attached in support of this Request:

(A) Certified mail return receipt (green card) — Referee Ryan (May 6, 2026)

(B) Certified mail return receipt (green card) — Anne Edwards (May 6, 2026)

(C) Certified mail return receipt (green card) — Referee Garner (May 7, 2026)

(D) Certified mail return receipt (green card) — Referee Gordon (May 7, 2026)

(E) Certified mail return receipt (green card) — Referee Lombardi (May 7, 2026)

(F) Certified mail return receipt (green card) — Referee Carroll (May 8, 2026)

(G) Certified mail return receipt (green card) — Todd Shanks (May 14, 2026)

(H) Certified mail return receipts (green cards) — Duncan Edgar/AG (April 3, April 8, May 7, 2026)

(I) Certified mail return receipts (green cards) — BCSS/DHHS (May 4, May 6, 2026)

WHEREFORE, Plaintiff respectfully requests that the Clerk of Court enter default against each of the above-named Defendants pursuant to Federal Rule of Civil Procedure 55(a), and that such entries of default be noted on the docket.

Respectfully submitted,

/s/ RANDALL COLLIER    DATE: 7·09·26

Randall Collier

*Sui Juris, Pro Se*

*United States Navy Veteran*

26 Joslin Rd

Surry, New Hampshire 03431

Phone: (603) 803-2648

Email: 042611t@gmail.com

*Collier v. State of New Hampshire, et al. — Case No. 1:26-cv-00226-SM-TSM*

## VERIFICATION

I, Randall Collier, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing statements are true and correct to the best of my knowledge, information, and belief. I personally served each Defendant by certified mail and have retained the return receipts. I verified through PACER on July 27, 2026, that no Defendant listed above has filed any response in this action. This verification is based on personal knowledge.

/s/ RANDALL COLLIER    DATE: 7·29·26

*Collier v. State of New Hampshire, et al.* — *Case No. 1:26-cv-00226-SM-TSM*

## CERTIFICATION REGARDING CONFIDENTIAL INFORMATION

I certify that this filing complies with the privacy requirements of Fed. R. Civ. P. 5.2 and does not contain any unredacted Social Security numbers, taxpayer identification numbers, birth dates (other than year), names of minor children (referred to by initials only), or financial account numbers.

/s/ RANDALL COLLIER    DATE: 7·29·26

*Collier v. State of New Hampshire, et al. — Case No. 1:26-cv-00226-SM-TSM*

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, the foregoing REQUEST FOR ENTRY OF DEFAULT AGAINST MULTIPLE NON-RESPONDING DEFENDANTS was filed with the Clerk of Court and served by first-class United States Mail, postage prepaid, upon the following:

Referee Ryan, 33 Winter Street, Keene, NH 03431

Anne Edwards, 12 Court Street, Keene, NH 03431

Referee Michael Garner, 26 Academy Street, Laconia, NH 03246

Referee Gordon, 26 Academy Street, Laconia, NH 03246

Referee Laura Lombardi, 26 Academy Street, Laconia, NH 03246

Referee James Carroll, 26 Academy Street, Laconia, NH 03246

Todd Shanks, Sheriff, 12 Court Street, Keene, NH 03431

Duncan Edgar, AG, 1 Granite Place South, Concord, NH 03301

BCSS/DHHS, 111 Key Road, Keene, NH 03431

/s/ RANDALL COLLIER    DATE: 7-29-26

*Collier v. State of New Hampshire, et al. — Case No. 1:26-cv-00226-SM-TSM*

# PROPOSED ORDER

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

Collier v. State of New Hampshire, et al.

**Case No. 1:26-cv-00226-SM-TSM**

## CLERK'S ENTRY OF DEFAULT
### AGAINST MULTIPLE DEFENDANTS

Upon application of Plaintiff Randall Collier, and it appearing that the following Defendants were duly served with the Amended Complaint, that the applicable response deadlines have expired, and that no Defendant listed below has pleaded or otherwise defended as provided by the Federal Rules of Civil Procedure:

IT IS HEREBY ORDERED that the default of the following Defendants is entered on the docket of this case pursuant to Federal Rule of Civil Procedure 55(a):

1. Referee Ryan

2. Anne Edwards, Superior Court Executive Administrator

3. Referee Michael Garner

4. Referee Gordon

*Collier v. State of New Hampshire, et al. — Case No. 1:26-cv-00226-SM-TSM*

5. Referee Laura Lombardi

6. Referee James Carroll

7. Todd Shanks, Cheshire County Sheriff

8. Duncan Edgar, New Hampshire Attorney General

9. Bureau of Child Support Services (BCSS) / NH DHHS


DATE: _____


_____

Clerk of Court

United States District Court

District of New Hampshire