**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Addressed to:

NH DHHS
Justine Gray
111 Key Rd
Keene NH 03431

9590 9402 9794 5266 9419 47

2. Article Number (Transfer from service label)

7017 3040 0000 5610 7485

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

x Michell Paguro   ☒ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

Nichole Forgues   5/4/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:   ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Justine Gray
111 Key Rd
Keene NH 03431

9590 9402 9794 5266 9417 25

2. Article Number (Transfer from service label)

9589 0710 5270 3850 5206 88

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

x [signature]   ☒ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

Raquel Rodriguez   5/6/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:   ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt