# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW HAMPSHIRE

RANDALL COLLIER,

   *Plaintiff,*

   v.

STATE OF NEW HAMPSHIRE, ET AL.,

   *Defendants.*

**Case No. 1:26-cv-00226-SM-TSM**

# DEMAND FOR CLERK'S ENTRY OF DEFAULT
## AGAINST DEFENDANT HILLARY MAY (MERRITT)

*Pursuant to Fed. R. Civ. P. 55(a)*

TO THE CLERK OF COURT:

1. Plaintiff Randall Collier respectfully demands that the Clerk of Court enter default against Defendant Hillary May (Merritt) pursuant to Federal Rule of Civil Procedure 55(a). Plaintiff filed a Request for Entry of Default against this Defendant on or about May 29, 2026. As of the date of this filing, the Clerk has not

*Collier v. State of New Hampshire, et al. — Case No. 1:26-cv-00226-SM-TSM*

acted upon that Request. Plaintiff respectfully submits that all requirements for entry of default have been satisfied and demands that default be entered on the docket forthwith.

## I. REQUIREMENTS SATISFIED

2. SERVICE: The Amended Complaint was served on Defendant Hillary May (Merritt) by certified mail on April 27, 2026, at her address: 108 Ackley Court, Cary, North Carolina 27513. USPS Tracking Number 70173040000056107423 confirms delivery on May 4, 2026, at 4:18 PM, "Left with Individual." A copy of the USPS tracking confirmation was attached to the original Request as Exhibit A.

3. ADDITIONAL SERVICE: Defendant was served two additional times: (a) Notice of Removal delivered April 6, 2026 (USPS Tracking Number 95890710527017714862523); and (b) Supplemental filings delivered May 5, 2026 (certified mail return receipt signed by agent). Defendant has received three separate mailings in this action and has responded to none of them.

4. DEADLINE EXPIRED: Under Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant's deadline to respond was twenty-one (21) days after service — May 25, 2026. As of the date of this filing, SIXTY-ONE (61) DAYS have elapsed since the deadline expired. Defendant has not filed an answer, a motion to dismiss, any responsive pleading, entered an appearance, or requested an extension of time.

*Collier v. State of New Hampshire, et al. — Case No. 1:26-cv-00226-SM-TSM*

5. PACER VERIFICATION: Plaintiff verified through the Court's PACER docket on July 27, 2026, that no filing of any kind has been made by or on behalf of Defendant Hillary May (Merritt) in this action.

6. SERVICEMEMBERS CIVIL RELIEF ACT: Defendant is not an infant, an incompetent person, or in the military service of the United States, and is not otherwise exempted from default under 50 U.S.C. §§ 3901–3959.

## II. ENTRY OF DEFAULT IS MINISTERIAL

7. Entry of default under Rule 55(a) is a ministerial act by the Clerk, not a discretionary judicial function. The Clerk's role is limited to confirming that: (a) the defendant was properly served; (b) the deadline to respond has passed; and (c) no response has been filed. All three conditions are met. The original Request for Entry of Default was filed on or about May 29, 2026 — fifty-seven (57) days ago. Plaintiff respectfully submits that 57 days is more than sufficient time for the Clerk to perform a ministerial act.

8. Plaintiff was unable to follow up on this Request earlier because he was arrested on May 29, 2026 — the same day the Request was mailed — and held on a no-bond hold at the Cheshire County House of Corrections for fifty-five (55) days. During this period, Plaintiff was denied access to CM/ECF, legal documents, and mail. Plaintiff follows up at the earliest opportunity after his release.

WHEREFORE, Plaintiff demands that the Clerk of Court enter default against Defendant Hillary May (Merritt) pursuant to Federal Rule of Civil Procedure 55(a), and that such entry of default be noted on the docket forthwith.

Respectfully submitted,

/s/ RANDALL COLLIER    DATE: 7-29-26

Randall Collier

*Sui Juris, Pro Se*

*United States Navy Veteran*

26 Joslin Rd

Surry, New Hampshire 03431

Phone: (603) 803-2648

Email: 042611t@gmail.com

*Collier v. State of New Hampshire, et al. — Case No. 1:26-cv-00226-SM-TSM*

# VERIFICATION

I, Randall Collier, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing statements are true and correct to the best of my knowledge, information, and belief. I personally served the Defendant by certified mail, retained the USPS tracking confirmation, and verified through PACER that no response has been filed. This verification is based on personal knowledge.

/s/ RANDALL COLLIER    DATE: 7 29 26

# CERTIFICATION REGARDING CONFIDENTIAL INFORMATION

I certify that this filing complies with the privacy requirements of Fed. R. Civ. P. 5.2 and does not contain any unredacted Social Security numbers, taxpayer identification numbers, birth dates (other than year), names of minor children (referred to by initials only), or financial account numbers.

/s/ RANDALL COLLIER   DATE: 7·29·26

*Collier v. State of New Hampshire, et al. — Case No. 1:26-cv-00226-SM-TSM*

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, the foregoing DEMAND FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT HILLARY MAY (MERRITT) was filed with the Clerk of Court and served by first-class United States Mail, postage prepaid, upon:

Hillary May (Merritt)

108 Ackley Court

Cary, NC 27513

/s/ RANDALL COLLIER    DATE: 7-29-26

# PROPOSED ORDER

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW HAMPSHIRE

Collier v. State of New Hampshire, et al.

**Case No. 1:26-cv-00226-SM-TSM**

## CLERK'S ENTRY OF DEFAULT

### AGAINST DEFENDANT HILLARY MAY (MERRITT)

Upon application of Plaintiff Randall Collier, and it appearing that Defendant Hillary May (Merritt) was duly served with the Amended Complaint, as confirmed by USPS Tracking Number 70173040000056107423 showing delivery on May 4, 2026, and that more than twenty-one (21) days have elapsed since service, and that said Defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure:

IT IS HEREBY ORDERED that the default of Defendant Hillary May (Merritt) is entered on the docket of this case pursuant to Federal Rule of Civil Procedure 55(a).

DATE: _____

_____

Clerk of Court

United States District Court

District of New Hampshire