**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

RANDALL COLLIER,
*Plaintiff,*
v.
STATE OF NEW HAMPSHIRE, et al.,
*Defendants.*

**Case No. 1:26-cv-00226-SM-TSM**

# NOTICE OF RELATED CASE

*Pursuant to Local Rule 40.3*

Plaintiff Randall Collier, appearing In Propria Persona, respectfully notifies this Court of a related action filed in this District:

1. On September 11, 2026, Dana Albrecht filed Albrecht v. NH Supreme Court, Senior Associate Justice, Case No. 1:26-cv-00738 (D.N.H.), a civil rights action pursuant to 42 U.S.C. § 1983 against twenty-four (24) defendants including the NH Supreme Court (Chief Justice, Senior Associate Justice, Associate Justices, and Clerk), the NH Judicial Branch General Counsel, and multiple individual judicial officers.

2. The Albrecht action raises substantially related claims challenging the structural constitutionality of the New Hampshire judicial system, including the authority and conduct of judicial officers, the administrative functions of the judicial branch, and civil rights violations arising from the operation of the state court system.

3. Defendant Anne M. Edwards is named in BOTH this action (Case No. 226) and the Albrecht action (Case No. 738). Additional overlapping institutional defendants include the New Hampshire judicial system and its administrative offices.

4. Both actions were initiated by citizens proceeding under § 1983, both challenge the structural constitutionality of the New Hampshire judicial branch, and both arise from related factual circumstances involving the same judicial institutions.

5. The Albrecht action was filed on September 11, 2026 — the same date the United States Court of Appeals for the First Circuit entered an Order in Collier v. State of New Hampshire, Appeal No. 26-1564, finding that the State of New Hampshire failed to file a brief and will not be heard at oral argument (Fed. R. App. P. 31(c)).

6. Plaintiff files this Notice pursuant to Local Rule 40.3 for the Court's consideration in case assignment and to ensure the Court is aware that two parallel § 1983 actions challenging the NH judicial system are pending before this Court simultaneously.

Respectfully submitted,

/s/ RANDALL COLLIER DATE: September 20th, 2026

*Randall Collier, In Propria Persona*
*United States Navy Veteran*
26 Joslin Rd, Surry, NH 03431
(603) 803-2648 | 042611t@gmail.com